# SCHEDULE A

## SCHEDULE A

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

## PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## **SCHEDULE C**

## LEGAL DESCRIPTION

Webb County, Texas

Tract:  LRT-LRS-1111 and LRT-LRS-R1111E
Owner:  200 Zaragoza Apartments, L.L.C.
Acres:  3.5428

3.5428 acres, more or less, being Tax Parcel No 160150, Webb County Appraisal District, Texas; also more particularly described as:

### Tract I

All of Block seventy-six (76) Western Division; City of Laredo, Webb County, Texas as per map or plat thereof.

### Tract II

All of lots one (1), two (2), nine (9) and ten (10) of Block B Western Division, City of Laredo, Webb County, Texas as per map or plat thereof.

### Tract III

All of Block C, Western Division, City of Laredo, Webb County, Texas as per map or plat thereof.

### Tract IV

All of Block C-1, Western Division, City of Laredo, Webb County, Texas as per map thereof recorded in Volume 3, Page 63, of the plat records of Webb County.

# SCHEDULE D

# SCHEDULE D

## MAP or PLAT



Tract: LRT-LRS-1111 and LRT-LRS-R1111E
Owner: 200 Zaragoza Apartments, L.L.C.
Acreage: 3.5428

* The case caption identifies acreage for the entire parent tract; access to the entire parent tract may be necessary to complete a survey of the proposed tract shown in yellow on the map above.

## SCHEDULE D (Cont.)



Tract:  LRT-LRS-1111 and LRT-LRS-R1111E
Owner:  200 Zaragoza Apartments, L.L.C.
Acreage:  3.5428

* The case caption identifies acreage for the entire parent tract; access to the entire parent tract may be necessary to complete a survey of the proposed tract shown in yellow on the map above.

# SCHEDULE E

## **SCHEDULE E**

ESTATE TAKEN

Webb County, Texas

Tract:  LRT-LRS-1111 and LRT-LRS-R1111E
Owner:  200 Zaragoza Apartments, L.L.C.
Acres:  3.5428

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 12 months later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule C to survey, make borings, and conduct other investigatory work for the purposes described in Schedule B and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

## SCHEDULE F

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is ONE HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto; and, an additional sum determined at the conclusion of the temporary estate described in Schedule E to constitute actual damages, if any.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **200 Zaragoza Apartments L.L.C.**<br>Azteca Economic Development and Preservation Corp., Registered Agent<br>20 Iturbide Street<br>Laredo, Texas 78040 | Special Warranty Deed, Document # 1265017; Recorded May 18, 2016, Deed Records of Webb County |